IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PATRICIA BRAZELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 4:18-CV-00140-WTM-CLR |
| WAL-MART STORES EAST, LP ) | |
| (DELAWARE) and XYZ ENTITY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Court, having read and considered the parties Consent Motion for to Stay the Motions Deadlines, and for good cause shown, hereby ORDERS that the Motions Deadline is stayed while the parties mediate the case. If the parties are unable to resolve this matter at mediation, the parties shall submit a proposed amended scheduling order governing the remainder of the case will be submitted on or before the thirtieth (30th) day after mediation and the stay shall be lifted at that time.

SO ORDERED this  21st  day of February, 2019.

_____
Magistrate Judge, United States District
Court for the Southern District of Georgia