IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PATRICIA BRAZELL, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-140
 )
WAL-MART STORES EAST, LP, and )
XYZ ENTITY, )
 )
    Defendants. )
 )

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 39.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of July 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA